IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **LAWRENCE G. CHARLES,** ) | Case No. 12-12858 |
| Debtor. ) | Chapter 13 |
| _____ ) | |

**MOTION TO AMEND CONFIRMED PLAN
AND FOR ATTORNEYS FEES**

COMES NOW, debtor, Lawrence G. Charles, by and through counsel, Susan G. Saidian of Case, Moses, Zimmerman & Martin, P.A., and requests that his plan confirmed on January 18, 213, amended for reasons and in the manner set forth below:

1. Debtor has recently changed jobs. His new income is less that what he was making before.

2. Debtor requests that the Court reduce his monthly payment to $1,988.00 beginning with the July 2013 payment.

3. Debtor's counsel requests fees in the amount of $350.00 for the filing and preparation of this motion and the accompanying orderto be paid in such monthly amount to be paid in full within the life of the Plan.

4. Under the proposed amended confirmed plan, the debtor proposes to pay a total of $99,400.00 through the plan.

WHEREFORE, debtor requests that the order confirming plan be modified in accordance with the above and foregoing, that counsel be granted her fees in the amount of $350.00, and for such other and further relief as the Court deems just and equitable.

CASE, MOSES, ZIMMERMAN & MARTIN, P.A.

/s/ Susan G. Saidian
Susan G. Saidian, #13661
sgsaidian@cmzwlaw.com
200 W. Douglas, Suite 900
Wichita, Kansas 67202
(316) 303-0100 / (316) 265-8263 fax
Attorney for Debtor

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 18th day of July, 2013, a true and correct copy of the above Motion to Amend Confirmed Plan and for Attorneys Fees was filed electronically with the U.S. Bankruptcy Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system, and a copy of the Motion was forwarded by first class U.S. Mail, postage prepaid and properly addressed to all creditors and parties listed on the matrix attached to the original motion on file with the Clerk of the U.S. Bankruptcy Court.

/s/ Susan G. Saidian
Susan G. Saidian